| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Michael T Biddle<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2576<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Albertina Biddle<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–7512<br>__–_____ |
| United States Bankruptcy Court: | Eastern District of Virginia | Date case filed for chapter: | 7    12/18/22 |
| Case number: | 22–11730–BFK | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael T Biddle | Albertina Biddle |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 46222 Walpole Terr.<br>Sterling, VA 20165–8744 | 46222 Walpole Terr.<br>Sterling, VA 20165–8744 |
| 4. | **Debtor's attorney**<br>Name and address | Brian Kenneth Madden<br>Brian K. Madden, P.C.<br>PO Box 7663<br>Arlington, VA 22207 | Contact phone 703–533–0101<br>Email: briankmadden@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kevin R. McCarthy<br>McCarthy & White, PLLC<br>341 Dial 877–725–7002 Code: 5270642<br>8508 Rehoboth Ct.<br>Vienna, VA 22182 | Contact phone (703)770–9261<br>Email: krm@mccarthywhite.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: December 19, 2022 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: March 20, 2023** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Debtor  **Michael T Biddle**  and  **Albertina Biddle**                        Case number **22–11730–BFK**

| | | |
|---|---|---|
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| 13. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 14. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 3

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  

Michael T Biddle

Social Security/Taxpayer ID Nos.:
xxx−xx−2576

Albertina Biddle

Social Security/Taxpayer ID Nos.:
xxx−xx−7512

    Debtor(s)

Case Number:   22−11730−BFK
Chapter   7
Judge:   Brian F. Kenney

## NOTICE OF REMOTE HEARING

ALL HEARINGS IN THIS CASE BEFORE THE BANKRUPTCY COURT WILL BE HELD REMOTELY UNTIL FURTHER NOTICE.

REMOTE HEARING INFORMATION: Due to the COVID−19 public health emergency, no in−person hearings are being held. Hearings will take place remotely through Zoom on the date and time originally scheduled. To appear at a hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. The Judge's name is at the top of this notice. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to the hearing or proceeding. Any documentary evidence the parties wish to present at the hearing(s) must be filed with the Court in advance of the hearing(s).

***The email address shall be used only to submit Zoom Requests. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.***

Dated:   December 19, 2022

Notice of Remote Hearing

**FOR THE COURT:**

William C. Redden
Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 22-11730-BFK |
| Michael T Biddle | Chapter 7 |
| Albertina Biddle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: | Page 1 of 3 |
| Date Rcvd: Dec 19, 2022 | Form ID: 309A | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael T Biddle, Albertina Biddle, 46222 Walpole Terr., Sterling, VA 20165-8744 |
| 16032769 | | Advanced Dermatology, 151 Southhall Ln, #300, Maitland, FL 32751-7172 |
| 16032770 | + | Ali Moshirfar, 19450 Deerfield, #200, Leesburg, VA 20176-6821 |
| 16032771 | | Altheon Health, PO Box 8828, Pompano Beach, FL 33075-8828 |
| 16032773 | + | Anil Chenthitta, PO Box 14099, Belfast, ME 04915-4034 |
| 16032772 | + | Anil Chenthitta, 19450 Deerfield Ave, #280, Leesburg, VA 20176-6821 |
| 16032767 | | Brian K. Madden - notice only, PO Box 7663, Arlington, VA 22207-0663 |
| 16032775 | | Capital One, P.O. Box 1366, Pittsburgh, PA 15230-1366 |
| 16032783 | | Dermassociates LLC, PO Box 843007, Dallas, TX 75284-3007 |
| 16032784 | + | Esthetique Dentistry, 44345 Premier Pl., #220, Ashburn, VA 20147-5054 |
| 16032785 | | Fairfax Hospital, P.O. Box 37019, Baltimore, MD 21297-3019 |
| 16032786 | + | Fairfax Radiology Centers, 2722 Merilee Drive, #230, Fairfax, VA 22031-4416 |
| 16032787 | + | Forefront Dermatology, 801 York St, Manitowoc, WI 54220-4630 |
| 16032789 | + | INOVA Health, 2990 Telestar Ct., Falls Church, VA 22042-1211 |
| 16032792 | + | Loudoun Dental Assoc., 24565 Dulles Landing Dr., #190, Sterling, VA 20166-2714 |
| 16032793 | + | Loudoun Hospital, 44045 Riverside Pkwy, Leesburg, VA 20176-5101 |
| 16032794 | | Loudoun/Landsdowne Hospital, P.O. Box 6000, Leesburg, VA 20177-0600 |
| 16032798 | + | NOVA Pulmonary Crit. Care, PO Box 14099, Belfast, ME 04915-4034 |
| 16032795 | | Nat'l Spine & Pain, PO Box 713666, Cincinnati, OH 45271-3666 |
| 16032799 | + | Rashin Bidgoli, 21145 Whitfield Pl, #101, Sterling, VA 20165-7278 |
| 16032800 | | Reston Hosp, PO Box 740760, Cincinnati, OH 45274-0760 |
| 16032802 | | Sunrise Med. Lab., PO Box 9070, Hicksville, NY 11802-9070 |
| 16032808 | + | Virginia Hospital Center, attn: Business Office, 2800 Shirlington Rd, #600, Arlington, VA 22206-3608 |
| 16032806 | | Virginia Hospital Center, Box 34840, Alexandria, VA 22334-0840 |
| 16032807 | | Virginia Hospital Center, Box 3475, Toledo, OH 43607-0475 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: briankmadden@gmail.com | Dec 20 2022 00:39:00 | Brian Kenneth Madden, Brian K. Madden, P.C., PO Box 7663, Arlington, VA 22207 |
| tr | + | EDI: BKRMCCARTHY | Dec 20 2022 05:34:00 | Kevin R. McCarthy, McCarthy & White, PLLC, 341 Dial 877-725-7002 Code: 5270642, 8508 Rehoboth Ct., Vienna, VA 22182-5061 |
| 16032774 | | EDI: CAPITALONE.COM | Dec 20 2022 05:34:00 | Capital One, P.O. Box 85015, Richmond, VA 23285-5015 |
| 16032777 | | EDI: CAPITALONE.COM | Dec 20 2022 05:34:00 | CapOne/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 16032776 | | EDI: CAPITALONE.COM | Dec 20 2022 05:34:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16032778 | | EDI: RMSC.COM | Dec 20 2022 05:34:00 | CareCredit, attn: Bankruptcy Dept., PO Box 981127, El Paso, TX 79998-1127 |

| District/off: 0422-9 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: 309A | Total Noticed: 43 |

| Recip ID | | Bypass Reason / Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16032780 | + | EDI: JPMORGANCHASE | Dec 20 2022 05:34:00 | Chase Records - Bankruptcy, Mail Code LA4 5555, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16032782 | + | EDI: CITICORP.COM | Dec 20 2022 05:34:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16032781 | + | EDI: CITICORP.COM | Dec 20 2022 05:34:00 | Citibank/The Home Depot, Citicorp - Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 16032788 | + | Email/Text: BANKRUPTCY@INOVA.ORG | Dec 20 2022 00:39:00 | INOVA Fairfax Hosp., 2990 Telestar Ct., Falls Church, VA 22042-1211 |
| 16032790 | | Email/Text: BANKRUPTCY@INOVA.ORG | Dec 20 2022 00:39:00 | INOVA Loudoun Hosp., 2990 Telestar Ct., Falls Church, VA 22042-1207 |
| 16032779 | | EDI: JPMORGANCHASE | Dec 20 2022 05:34:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-0000 |
| 16032797 | + | EDI: NFCU.COM | Dec 20 2022 05:34:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 16032796 | + | EDI: NFCU.COM | Dec 20 2022 05:34:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 16032801 | + | Email/PDF: HCABKNotifications@resurgent.com | Dec 20 2022 00:38:49 | Reston Hosp. Ctr., attn: Business Office, 1850 Town Center Parkway, Reston, VA 20190-3298 |
| 16032803 | | EDI: RMSC.COM | Dec 20 2022 05:34:00 | Synchrony Bank, re: bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16032804 | + | EDI: RMSC.COM | Dec 20 2022 05:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 16032805 | + | EDI: RMSC.COM | Dec 20 2022 05:34:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16032791 | | Landsdowne Hospital |
| 16032768 | | old address, do not use |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0422-9 | User: | Page 3 of 3 |
| Date Rcvd: Dec 19, 2022 | Form ID: 309A | Total Noticed: 43 |

**below:**

| Name | Email Address |
|---|---|
| Brian Kenneth Madden | on behalf of Debtor Michael T Biddle briankmadden@gmail.com<br>briankmadden@yahoo.com;R45056@notify.bestcase.com;bkmadden.ecfnotices@gmail.com |
| Brian Kenneth Madden | on behalf of Joint Debtor Albertina Biddle briankmadden@gmail.com<br>briankmadden@yahoo.com;R45056@notify.bestcase.com;bkmadden.ecfnotices@gmail.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |

TOTAL: 4