| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael T Biddle<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2576<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Albertina Biddle<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7512<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  Eastern District of Virginia | | |
| Case number: 22–11730–BFK | | |

## Discharge of Joint Debtors                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael T Biddle                             Albertina Biddle

March 21, 2023                               **For the court:**    <u>William C. Redden</u>
                                                                   Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 22-11730-BFK
Michael T Biddle  Chapter 7
Albertina Biddle
  Debtors

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael T Biddle, Albertina Biddle, 46222 Walpole Terr., Sterling, VA 20165-8744 |
| cr | + | F JPMorgan Chase Bank, National Association, BWW Law Group, 8100 Three Chopt Road, Richmond, VA 23229-4833 |
| cr | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16032769 | | Advanced Dermatology, 151 Southhall Ln, #300, Maitland, FL 32751-7172 |
| 16032770 | + | Ali Moshirfar, 19450 Deerfield, #200, Leesburg, VA 20176-6821 |
| 16032771 | | Altheon Health, PO Box 8828, Pompano Beach, FL 33075-8828 |
| 16032773 | + | Anil Chenthitta, PO Box 14099, Belfast, ME 04915-4034 |
| 16032772 | + | Anil Chenthitta, 19450 Deerfield Ave, #280, Leesburg, VA 20176-6821 |
| 16032767 | | Brian K. Madden - notice only, PO Box 7663, Arlington, VA 22207-0663 |
| 16032775 | | Capital One, P.O. Box 1366, Pittsburgh, PA 15230-1366 |
| 16032783 | | Dermassociates LLC, PO Box 843007, Dallas, TX 75284-3007 |
| 16032784 | + | Esthetique Dentistry, 44345 Premier Pl., #220, Ashburn, VA 20147-5054 |
| 16032785 | | Fairfax Hospital, P.O. Box 37019, Baltimore, MD 21297-3019 |
| 16032786 | #+ | Fairfax Radiology Centers, 2722 Merilee Drive, #230, Fairfax, VA 22031-4416 |
| 16032787 | + | Forefront Dermatology, 801 York St, Manitowoc, WI 54220-4630 |
| 16032789 | | INOVA Health, 2990 Telestar Ct., Falls Church, VA 22042-1207 |
| 16032792 | + | Loudoun Dental Assoc., 24565 Dulles Landing Dr., #190, Sterling, VA 20166-2714 |
| 16032793 | + | Loudoun Hospital, 44045 Riverside Pkwy, Leesburg, VA 20176-5101 |
| 16032794 | | Loudoun/Landsdowne Hospital, P.O. Box 6000, Leesburg, VA 20177-0600 |
| 16032798 | + | NOVA Pulmonary Crit. Care, PO Box 14099, Belfast, ME 04915-4034 |
| 16032795 | | Nat'l Spine & Pain, PO Box 713666, Cincinnati, OH 45271-3666 |
| 16032799 | + | Rashin Bidgoli, 21145 Whitfield Pl, #101, Sterling, VA 20165-7278 |
| 16032800 | | Reston Hosp, PO Box 740760, Cincinnati, OH 45274-0760 |
| 16032802 | | Sunrise Med. Lab., PO Box 9070, Hicksville, NY 11802-9070 |
| 16033547 | | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16032806 | | Virginia Hospital Center, Box 34840, Alexandria, VA 22334-0840 |
| 16032808 | + | Virginia Hospital Center, attn: Business Office, 2800 Shirlington Rd, #600, Arlington, VA 22206-3608 |
| 16032807 | | Virginia Hospital Center, Box 3475, Toledo, OH 43607-0475 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16032774 | EDI: CAPITALONE.COM | Mar 22 2023 04:45:00 | Capital One, P.O. Box 85015, Richmond, VA 23285-5015 |
| 16032777 | EDI: CAPITALONE.COM | Mar 22 2023 04:45:00 | CapOne/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 16032776 | EDI: CAPITALONE.COM | Mar 22 2023 04:45:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16032778 | EDI: RMSC.COM | Mar 22 2023 04:45:00 | CareCredit, attn: Bankruptcy Dept., PO Box |

| District/off: 0422-9 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 44 |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| | | | | 981127, El Paso, TX 79998-1127 |
| 16032780 | + | EDI: JPMORGANCHASE | Mar 22 2023 04:45:00 | Chase Records - Bankruptcy, Mail Code LA4 5555, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 16032782 | + | EDI: CITICORP.COM | Mar 22 2023 04:45:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16032781 | + | EDI: CITICORP.COM | Mar 22 2023 04:45:00 | Citibank/The Home Depot, Citicorp - Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 16032788 | + | Email/Text: BANKRUPTCY@INOVA.ORG | Mar 22 2023 00:53:00 | INOVA Fairfax Hosp., 2990 Telestar Ct., Falls Church, VA 22042-1211 |
| 16032790 | | Email/Text: BANKRUPTCY@INOVA.ORG | Mar 22 2023 00:53:00 | INOVA Loudoun Hosp., 2990 Telestar Ct., Falls Church, VA 22042-1207 |
| 16032779 | | EDI: JPMORGANCHASE | Mar 22 2023 04:45:00 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-0000 |
| 16032797 | + | EDI: NFCU.COM | Mar 22 2023 04:45:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 16032796 | + | EDI: NFCU.COM | Mar 22 2023 04:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 16032801 | + | Email/PDF: HCABKNotifications@resurgent.com | Mar 22 2023 00:55:08 | Reston Hosp. Ctr., attn: Business Office, 1850 Town Center Parkway, Reston, VA 20190-3298 |
| 16032803 | | EDI: RMSC.COM | Mar 22 2023 04:45:00 | Synchrony Bank, re: bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16032804 | + | EDI: RMSC.COM | Mar 22 2023 04:45:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 16032805 | + | EDI: RMSC.COM | Mar 22 2023 04:45:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16032791 | | Landsdowne Hospital |
| 16032768 | | old address, do not use |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0422-9 | User: | Page 3 of 3 |
| Date Rcvd: Mar 21, 2023 | Form ID: 318 | Total Noticed: 44 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor F JPMorgan Chase Bank National Association Barry.Spear@bww-law.com, bankruptcy@bww-law.com |
| Brian Kenneth Madden | on behalf of Debtor Michael T Biddle briankmadden@gmail.com briankmadden@yahoo.com;R45056@notify.bestcase.com;bkmadden.ecfnotices@gmail.com |
| Brian Kenneth Madden | on behalf of Joint Debtor Albertina Biddle briankmadden@gmail.com briankmadden@yahoo.com;R45056@notify.bestcase.com;bkmadden.ecfnotices@gmail.com |
| John P. Fitzgerald, III | ustpregion04.ax.ecf@usdoj.gov |
| Kevin R. McCarthy | krm@mccarthywhite.com kmccarthy@premierremote.com;DC07@ecfcbis.com |

TOTAL: 5